United States District Court
Southern District of Texas
**ENTERED**
March 03, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| HOMERO REY CANTU, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:25-CV-00070 |
| | § | |
| WARDEN SCP THREE RIVERS, | § | |
| | § | |
| Respondent. | § | |

## ORDER ADOPTING MEMORANDUM & RECOMMENDATION

Before the Court is Magistrate Judge Jason Libby's Memorandum and Recommendation ("M&R"). (D.E. 17). The M&R recommends that the Court grant Respondent's motion for summary judgment, (D.E. 14), and either dismiss Petitioner's petition as moot, or dismiss the petition because Petitioner has failed to exhaust administrative remedies. (D.E. 17, p. 2).

The parties were provided proper notice of, and the opportunity to object to, the Magistrate Judge's M&R. *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b); General Order No. 2002-13. No objection has been filed. When no timely objection has been filed, the district court need only determine whether the Magistrate Judge's M&R is clearly erroneous or contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (per curiam); *Powell v. Litton Loan Servicing, L.P.*, No. 4:14-CV-02700, 2015 WL 3823141, at *1 (S.D. Tex. June 18, 2015) (Harmon, J.) (citation omitted).

Having reviewed the proposed findings and conclusions of the Magistrate Judge, the filings of the parties, the record, and the applicable law, and finding that the M&R is not clearly erroneous or contrary to law, the Court **ADOPTS** the M&R in part. (D.E. 17). Accordingly, the Court **GRANTS** Respondent's motion for summary judgment, (D.E. 14), and **DISMISSES as moot** the

petition for a writ of habeas corpus. (D.E. 1).  The Court will enter final judgment separately.

     SO ORDERED.

                                                  _____
                                                  DAVID S. MORALES
                                                  UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
      March 3rd, 2026